UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

EILEEN JUSTI,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a foreign corporation,

    Defendant.

_____/

## COMPLAINT

The Plaintiff, EILEEN JUSTI, sues the Defendant, ROYAL CARIBBEAN CRUISES LTD., a foreign corporation, and alleges:

1. This is an action for damages in excess of $75,000.00, exclusive of interest, costs and attorney's fees.

2. Jurisdiction is based upon maritime law and/or diversity of citizenship.

3. On or about March 21, 2015, Defendant, ROYAL CARIBBEAN CRUISES LTD., a foreign corporation, was the owner and operator of a passenger cruise vessel known as the Liberty of the Seas.

4. Plaintiff was a passenger on the Liberty of the Seas on March 21, 2015.

5. On March 21, 2015, Plaintiff was walking on the pool deck in the early morning when she was caused to slip and fall as a result of moisture on the deck, resulting in the pool deck being unreasonably dangerous.

6. The Defendant was negligent in causing Plaintiff to fall in that:

    (a)    it knew, or in the exercise of reasonable care should have known, of the moisture/wetness slipperiness on the pool deck and failed to remedy it; and/or

    (b)    it created a dangerous condition by failing to inspect the cruise ship resulting in moisture/wetness on the pool deck;

    (c)    the accumulation of water occurred with regularity such

that Defendant should have known of the condition;

(d) The defendant filed to warn plaintiff of the existence of the moisture/wetness/slipperiness of the pool deck.

7. As a result of the negligence of the Defendant, Plaintiff, EILEEN JUSTI, suffered permanent bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care, treatment and loss of earnings and loss of ability to earn money. As the injuries are permanent, Plaintiff will continue to suffer losses in the future.

WHEREFORE, the Plaintiff, EILEEN JUSTI, demands judgment for compensatory damages against the Defendant, ROYAL CARIBBEAN CRUISES LTD., a foreign corporation, and further demands a trial by jury of all issues so triable.

**SACKRIN & TOLCHINSKY, P.A.**
*Attorneys for Plaintiff, Eileen Justi*
2100 East Hallandale Beach Boulevard, Suite 200
Hallandale Beach, FL 33009
Telephone: (954) 458-8655
Facsimile: (954) 455-3388
Non-Service Email: alan@sackrinlaw.com
Service Email: pleadings@hallandalelaw.com

By: _____
ALAN D. SACKRIN
Florida Bar No. 349070